IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

DEMETRIUS A. CULVER, # 171277,      )
                                    )
        Petitioner,                 )
                                    )        CIVIL ACTION NO.
v.                                  )        1:19-cv-18-WHA-CSC
                                    )        (WO)
DEBORAH TONEY, *et al.,*            )
                                    )
        Respondents.                )

**ORDER**

On October 13, 2021, the Magistrate Judge entered a Recommendation that Petitioner Demetrius A. Culver's petition for writ of habeas corpus under 28 U.S.C. § 2254 be denied as time-barred under AEDPA'S statute of limitations and that this case be dismissed with prejudice. (Doc. 24.) Culver has filed Objections to the Recommendation. (Doc. 25.) Upon an independent review of the record and upon consideration of the Recommendation and Culver's Objections, it is ORDERED that:

(1) Culver's Objections (Doc. 25) are OVERRULED;

(2) the Magistrate Judge's Recommendation (Doc. 24) is ADOPTED; and

(3) this case is DISMISSED WITH PREJUDICE.

A separate final judgment will be entered.

DONE this 8th day of November, 2021.

        /s/     W. Harold Albritton
W. HAROLD ALBRITTON
SENIOR UNITED STATES DISTRICT JUDGE